# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| JAMES ILAR, AND KRISTI ILAR, individuals, and as citizens of Tennessee, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 3:12-cv-304 |
| v. | ) ) |
| WELLS FARGO BANK, N.A., a citizen of South Dakota; U.S. BANK, N.A., as Trustee for RASC Series 2005 EMX4 Trust, a citizen of Ohio; MORTGAGE LENDERS NETWORK USA, INC., a citizen of Delaware; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a citizen of Virginia; DOES 1-10 | ) ) ) JURY DEMAND ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFFS' NOTICE TO TAKE DEPOSITION OF DESIGNATED REPRESENTATIVE OF DEFENDANT U.S. BANK, N.A., AS TRUSTEE FOR RASC SERIES 2005 EMX4 TRUST

PLEASE TAKE NOTICE that on Thursday March 20, 2014 beginning at 1:00 P.M. CST that counsel for Plaintiffs will take the deposition of the designated representative of Defendant U.S. BANK, N.A., as Trustee for RASC Series 2005 EMX4 Trust. The deposition will be taken at the offices of Joy Kimbrough, 306 Gay Street Suite 102, Nashville, TN, or at a time and place mutually agreeable to the parties.

This deposition will be taken for the purpose of discovery, cross-examination and all other purposes allowed under the law pursuant to the Federal Rules of Civil Procedure. The deponent will be examined on all matters of defense asserted by said Defendant in this action; all of said Defendant's discovery responses in this action; the alleged transfer of the mortgage loan the subject of this action to said Defendant; and all documents incident thereto. The deposition will be taken before a certified stenographic reporter authorized to administer oaths and may be videotaped. The oral examination will continue until completed or adjourned. You may attend and examine.

    Respectfully submitted,
*s/John Higgins*
John F. Higgins, # 26845
Attorney for Plaintiff
306 Gay Street Suite 100
Nashville, TN 37201
(615) 496-1127

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was sent via mail and email this 28th day of February, 2014 to the following:

KENNY SAFFLES
JONATHAN COLE (BPR # 16632)
Brittany Bartley Simpson
Baker, Donelson, Bearman, Caldwell
    & Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7335
jcole@bakerdonelson.com
dlewis@bakerdonelson.com
Attorneys for Defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc.

*s/John Higgins*